# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.                                          No. 19-3017-MJ-WJE

**CRAIG DEWITT SMITH, JR.**

        Defendant.

## MOTION TO SEAL COMPLAINT AND AFFIDAVIT

COMES NOW the United States of America, by and through Timothy A. Garrison, the United States Attorney for the Western District of Missouri, and moves the Court to seal the Complaint and Affidavit in the above captioned matter. In support thereof, the Government states as follows:

Due to the ongoing nature of this investigation, disclosure of the information contained in said Complaint and Affidavit could compromise the continuing investigation.

For the reasons set forth above, the Government moves the Court to seal the Complaint and Affidavit in the above matter, until such time as the defendant has been arrested.

                                        Respectfully submitted,

                                        **Timothy A. Garrison**
                                        United States Attorney

        By                /S/

                                        **Michael S. Oliver**
                                        Assistant United States Attorney
                                        Missouri Bar No. 41832